**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Camal A.K. Sumpter**<br>DOB: 1997; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-05917MJ |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 26, 2022, at or near Lukeville, in the District of Arizona, Camal A.K. Sumpter did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 26, 2022, Camal A.K. Sumpter (**Sumpter**) entered the United States from the Republic of Mexico through the Lukeville, Arizona Port of Entry (POE) driving a 2021 Nissan Armada (rental) with an Arizona license plate. The Customs and Border Protection Officers (CBPOs) received a negative oral binding declaration and noted the vehicle was void of any personal items and observed a single key on the keyring in the ignition. **Sumpter** stated the vehicle belonged to his mother as he handed his documents to the CBPO. The CBPO noted when **Sumpter** handed his documents to her, his hands were shaking. The vehicle was referred to secondary for further inspection. In secondary, a canine, trained in the detection of narcotics, alerted to an odor it is trained to detect emanating from the fuel tank. Further inspection revealed, forty-two (42) packages of suspected narcotics hidden in the fuel tank. A representative sample of the contents of the packages tested positive for the characteristics of methamphetamine. The total weight of the methamphetamine was 38.32 kilograms.

In a post-*Miranda* interview, **Sumpter** stated he only had one key for the vehicle. **Sumpter** further stated he was the only person that had control of the vehicle while he was in Mexico. **Sumpter** denied having knowledge of the contraband concealed within the fuel tank.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>LLP/rr<br>AUTHORIZED AUSA *Lori L. Price* | SIGNATURE OF COMPLAINANT (official title)<br>**BRIAN D GOBERT** Digitally signed by BRIAN D GOBERT<br>Date: 2022.06.27 12:26:12 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent<br>BRIAN D. GOBERT |
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]*<br>[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54 | DATE<br>June 27, 2022 |